BUNCH V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-380-CR

JOHN HARRIS BUNCH, III APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM THE 213
TH
 DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant John Harris Bunch, III attempts to appeal a trial court order modifying the terms of his deferred adjudication community supervision.  An order modifying the terms of community supervision is not appealable.  
Basaldua v. State
, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); 
Christopher v. State
, 7 S.W.3d 224, 225 (Tex. App.—Houston [1
st
 Dist.] 1999, pet. ref’d). We dismiss the appeal for want of jurisdiction.

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

[
DELIVERED JANUARY 16, 2003]

FOOTNOTES
1:
See
 Tex. R. App. P.
 47.4.